DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHAN ROZENFELD,**
Appellant,

v.

**CENTRAL MORTGAGE COMPANY,**
Appellee.

No. 4D17-3596

[August 16, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 12005205.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Michael W. Smith of Brock & Scott, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***